**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| William Witter,<br><br>              Petitioner,<br>v.<br><br>William Gittere, et al.,<br><br>              Respondents. | Case No. 3:20-cv-345-APG-WGC<br><br>**ORDER**<br><br>(ECF No. 12) |

      The petitioner's motion for extension (**ECF No. 12**) is GRANTED. The response to the Order to Show Cause is due **August 24, 2020**. No further extensions will be granted absent extraordinary circumstances.

      Dated:   July 23, 2020.

                                                          _____<br>
                                                          ANDREW P. GORDON<br>
                                                          UNITED STATES DISTRICT JUDGE