AARON D. FORD
  Attorney General
JEFFREY M. CONNER (Bar. No. 11543)
  Deputy Solicitor General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1136 (phone)
(775) 684-1108 (fax)
jconner@ag.nv.gov
*Attorneys for Respondent*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WITTER,<br><br>    Petitioner,<br><br>vs.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:20-cv-00345-APG-WGC<br><br>**MOTION FOR ENLARGEMENT OF TIME**<br>**(FIRST REQUEST)** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting an enlargement of time to file a response to Witter's petition for writ of habeas corpus, giving Respondents a reasonable amount of time to respond to the petition pending resolution of the motion for reconsideration that Respondents file contemporaneously with this motion.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

This is Respondents' first request for an enlargement regarding this response.

RESPECTFULLY SUBMITTED this 11th day of January, 2021.

                AARON D. FORD
                Attorney General

                By: /s/ Jeffrey M. Conner
                    JEFFREY M. CONNER (Bar. No. 11543)
                    Deputy Solicitor General

AARON D. FORD
 Attorney General
JEFFREY M. CONNER (Bar. No. 11543)
 Deputy Solicitor General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1136 (phone)
(775) 684-1108 (fax)
jconner@ag.nv.gov
*Attorneys for Respondent*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM WITTER, | Case No. 3:20-cv-00345-APG-WGC |
| Petitioner, | **DECLARATION OF COUNSEL** |
| vs. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

I, JEFFREY M. CONNER, declare under penalty of perjury:

1. I am an attorney employed by the Office of the Attorney General of the State of Nevada, and I make this declaration on behalf of Respondents' motion for enlargement of time in the above-captioned matter.

2. By this motion, I am requesting an enlargement of time to file a response to Witter's petition for writ of habeas corpus, giving Respondents a reasonable amount of time to respond to the petition pending resolution of the motion for reconsideration that Respondents file contemporaneously with this motion. This is Respondents' first request for an enlargement regarding this response.

3. Contemporaneously with the filing of this motion, Respondents are filing a motion for reconsideration, requesting that this Court refer Witter's petition to the Ninth Circuit to resolve the question whether Witter's petition is an unauthorized second or successive petition. Accordingly, Respondents respectfully request that this Court issue an order Respondents an extension of time to comply with this Court's order directing a response to the petition in full, giving Respondents a

/ / /

reasonable time to respond to the petition pending resolution of Respondents' motion for reconsideration. ECF No. 15.

4. I contacted opposing counsel, Assistant Federal Defender Stacy M. Newman, regarding this request, and she indicated she has no objection to Respondents' request for additional time to file a response to the petition.

5. This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Jeffrey M. Conner
JEFFREY M. CONNER (Bar. No. 11543)
Deputy Solicitor General

IT IS SO ORDERED:

Dated: January 12, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 11th day of January, 2021, I served a copy of the foregoing **MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)**, by U.S. District Court CM/ECF electronic filing to:

Stacy Newman
David Anthony
Assistant Federal Public Defenders
411 E Bonneville Ave. Ste. 250
Las Vegas, Nevada 89101
Stacy_newman@fd.org
David_anthony@fd.org

/s/ Amanda White