AARON D. FORD
  Attorney General
JEFFREY M. CONNER (Bar. No. 11543)
  Deputy Solicitor General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1136 (phone)
(775) 684-1108 (fax)
jconner@ag.nv.gov
*Attorneys for Respondent*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WITTER,<br><br>    Petitioner,<br><br>vs.<br><br>WILLIAM GITTERE, *et al.,*<br><br>    Respondents. | Case No. 3:20-cv-00345-APG-WGC<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a seven (7) day enlargement of time, to and including July 7, 2021, to respond to Witter's petition under this Court's order of April 16, 2021.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

This is Respondents' first request for an enlargement regarding this response.

RESPECTFULLY SUBMITTED this 30th day of June, 2021.

        AARON D. FORD
        Attorney General

        By: /s/ Jeffrey M. Conner
        JEFFREY M. CONNER (Bar. No. 11543)
        Deputy Solicitor General

IT IS SO ORDERED:

Dated: July 1, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE