Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Stacy Newman
Assistant Federal Public Defender
Nevada Bar No. 14245
Stacy_Newman@fd.org
David Anthony
Assistant Federal Public Defender
Nevada Bar No. 7978
David_Anthony@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (Fax)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| William Witter, | Case No. 3:20-cv-00345-APG-WGC |
|---|---|
| Petitioner, | |
| v. | Motion for Extension of Time to File Opposition to Respondents' Motion to Dismiss |
| William Gittere, Warden, Ely State Prison, and Aaron Ford, Attorney General for the State of Nevada, | DEATH PENALTY CASE. |
| Respondents | |

1    Petitioner William Witter, through counsel, requests an extension of time of
2 sixty (60) days, up to and including October 22, 2021, within which to file his
3 opposition to the Respondents' motion to dismiss. *See* ECF No. 24. The opposition is
4 currently due Monday, August 23, 2021. *See* ECF No. 15.

5    This request for an extension of time is made and based on the following
6 declaration of counsel and the entire file herein.

7    Respondents oppose Mr. Witter's request for 60 days but do not object to a
8 single extension of 30 days.

9    Dated this 19th day of August 2021.

Respectfully submitted
Rene L. Valladares
Federal Public Defender


*/s/ Stacy Newman*
Stacy Newman
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: __August 19, 2021__

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE